**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

WALTER ELLIOT WALTHALL, JR.,          §
                                      §
          Plaintiff,                  §
                                      §
*versus*                              §     CIVIL ACTION NO. 1:25-CV-377
                                      §
UNITED STATES OF AMERICA,             §
                                      §
          Defendant.                  §

### MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Walter Elliot Walthall, Jr., an inmate confined at the United States Penitentiary located in Beaumont, Texas, proceeding *pro se*, brought this lawsuit against the United States of America.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying plaintiff's motion for preliminary injunction and temporary restraining order.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court concludes plaintiff's objections are without merit. As set forth in the Report, plaintiff has not clearly carried his burden of establishing either that a substantial threat exists that irreparable harm will result if relief is not granted or that there is a substantial likelihood he will prevail on the merits. Due to its extraordinary character, injunctive relief should not be granted unless the party seeking relief has clearly carried the burden of persuasion as to all elements. Plaintiff has now filed a motion seeking to amend his complaint to

change the nature of the complaint to a civil rights action instead of an action brought under the Federal Tort Claims Act (#18).  Plaintiff's request to amend his complaint seeking to bring *Bivens* claims for the use of excessive force, however, will prove to be no more meritorious.[1]  Thus, plaintiff's request for injunctive relief should be denied.

### O R D E R

Accordingly, plaintiff's objections are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  It is

**ORDERED** that plaintiff's motion for preliminary injunction and temporary restraining order (#7) is **DENIED**.

SIGNED at Beaumont, Texas, this 10th day of March, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

---

[1]    *See Bivens v. Six Unknown Agents of Fed. Bureau of Narcotics*,  403 U.S. 388 (1971).  Over the past forty years, the Supreme Court has repeatedly declined to extend *Bivens* to allow new constitutional claims. *Hernandez v. Mesa*, 589 U.S.93, 101-02 (2020).